# EXHIBIT

# K



10-CV-05713-EXH

# CANTERWOOD SECURITY INCIDENT REPORT

**Incident:** Suspicious circumstances **Date:** 06/02/09 **Time:** 23:18 **Code:** N/A

**Location:** 5622 W. Old Stmp Dr. - DIV 5 **Complainant:** Eifling, Adam

**Address:** Canterwood Security **City:** Gig Harbor

**State:** WA **Zip:** 98322 **Phone:** (253) 851-8592 **DOB:** **SSN:** N/A

**File Name/No:** 060209R813 **Report Written By:** S/O Bishop

**Subjects/Suspects/Equipment Involved**

| R813 - a. | R813 - b. | R813 - c. | N/A |
|---|---|---|---|

**Disposition:** Police notified **Value:** $0.00

**Narrative:**

On 06/02/2009, I received a phone call at 2318 from a resident Mr. Neal Eifling. Mr. Eifling informed me that his wife had come by their Canterwood home ( 5622 West Old Stump DR. NW.) earlier today and noticed the lock on their front door had been removed and replaced with a different one. Mr. Eifling requested that I contact Pierce County Sheriff's Office and have an Officer meet him at the front gate of Canterwood. Mr. Eifling was not at his Canterwood home but would be arriving in 15 minutes, actual time on site 2340. I waited for Mr. Eifling to arrive to collect further information about the situation to determine if contacting the police was necessary. When Mr. Eifling arrived he again requested that the police be contacted. I asked Mr. Eifling what the problem was and he informed me that the lock on his house had been removed and replaced with a new one. He wanted an Officer to come and investigate and make a report. I then called the Pierce County Sheriff's Office Non-Emergency number (253-798-4721) and spoke with K.T. a Communications Officer, she requested Mr. Eifling's phone number. At 0005 Deputy R. Shaw from the PCSO arrived and asked me what I knew about the situation. I informed him that Mr. Eifling called me about his home here in Canterwood and that he was going to invesitgate what was going on with the lock on his front door. Mr. Eifling requested that I contact the police so a report can be written. At 0035 Deputy R. Shaw and Mr. Eifling arrived back at the Main Gate. They wanted to know if anyone had requested entry to see any houses near Mr. Eifling's home. At 0040 Deputy R. Shaw departs Canterwood. Mr. Eifling explained that there is a legal situation regarding his Canterwood home. He has Requested that a letter from the Security Supervisor be sent to him stating that no one has requested access to his home in the past 2 weeks.

End Report.

S/O Bishop



2

Hello Neal,

Attached are the 3 photos taken from the incident that occurred at your home on 06/03/2009.

-Seth

**CANTERWOOD SECURITY**
**12606 54th Ave NW**
**Gig Harbor, WA 98332**
**253-851-8592**
**cwdsecurity@centurytel.net**

Notes from homeowner describing each picture taken from Canterwood Security.

Picture (1) shows the lender's agent prying their way into the home. They left their screw driver behind in the window which has caused damage to the molding.

Picture (2) shows the lender's agent leaving the dead bolts behind and carelessly on the front porch.

Picture (3) shows the new lock left in the front door leaving the homeowner no accessibility.

Immediately the next day I called the lender and keys were miraculously rushed out by over night mail so I could enter my home. No one has offered to fix our front door or window. No admitting to the fact they eluded security to gain access to our 24hr guarded and gated development. There is no record of any request to visit our residence with the front gate security officers. All companies must specifically give the address of the residence they are visiting. If properly checked in I would have been notified by phone from the guards before entry was granted and their license plate would have been registered. The only access an unregistered vehicle could gain is by tail gating another residence through a MEMBERS ONLY private gate.

I feel my personal privacy and security has been violated by the trespass of National City/PNC Bank. My wife was filled with insecurity when she found someone had broken in leaving pieces of our lock scattered upon the ground and a screw driver left stuck in the window from attempting to pry it open. This is not proper representation. Any agent sent to the area would have known immediately upon arrival during mid day the enforcement of security these homes live behind and should have taken proper protocol to be granted permission instead of trespassing, damaging property while breaking in and eluding onsite security.