AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

ADAM EIFLING and
ANGELA EIFLING,
     v.

CASE NUMBER: CV10-5713 RBL

NATIONAL CITY MORTGAGE, et al.,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Motions to Dismiss [Dkt. #s 4 & 8] are GRANTED and Plaintiffs'

Complaint is DISMISSED WITH PREJUDICE.

*DATED :*   March 21, 2011

                       WILLIAM M. McCOOL
               *Clerk*

                 /s/   Jean Boring
              *(By) Deputy Clerk*, Jean Boring